# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ALONSO PEREZ,<br><br>　　　　　Petitioner,<br>　　vs.<br>ANTHONY HEDGPETH, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-4804 JHN (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: May 2, 2012　　　　　　　_____
　　　　　　　　　　　　　　　　HON. JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE