UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ALONSO PEREZ, | ) Case No. CV 11-4804 JHN (MRW) |
|           Petitioner, | ) |
|     vs. | ) JUDGMENT |
| ANTHONY HEDGPETH, Warden, | ) |
|           Respondent. | ) |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 2, 2012

                                                HON. JACQUELINE H. NGUYEN
                                                UNITED STATES DISTRICT JUDGE